# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Wendell Slater and Charmell Slater,

                Plaintiffs,

vs.

State Farm Fire & Casualty Company,

                Defendant.

CIVIL ACTION FILE

NO. 1:09-cv-1437-JOF

## J U D G M E N T

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 31st day of January, 2011.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                  By:  s/ B. Evans
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 31, 2011
James N. Hatten
Clerk of Court

By:  s/ B. Evans
      Deputy Clerk