# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WENDELL SLATER and CHARMELL SLATER, ) ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION FILE |
| vs. ) ) | FILE NO. 1:09-CV-1437-JOF |
| STATE FARM FIRE & CASUALTY COMPANY, ) ) ) | |
| Defendant. ) | |

## PLAINTIFFS' REQUEST TO DEFENDANT
## TO FILE ORIGINAL DISCOVERY

Plaintiffs, pursuant to LR 26.3(b)(1), hereby request that Defendant file the original deposition transcript, including exhibits, of Frank E. Hagan, P.E., taken on March 22, 2010, said deposition to be used in connection with Plaintiffs' Motion for Reconsideration and Defendant's Motion for Summary Judgment.

This 28th day of February, 2011.

>                        /s/ Glenn Loewenthal
>                        Glenn Loewenthal
>                        Georgia Bar No. 455707
>                        Attorney for Plaintiffs

Glenn Loewenthal, P.C.
2300 Windy Ridge Parkway, Suite 205
Atlanta, GA 30339
Phone (678) 990-4909
Fax    (678) 669-2155
E-Mail: glenn@glpc-law.com

## LOCAL RULE 5.1C CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14 point font in compliance with Local Rule 5.1(C).

Submitted this 28th day of February, 2011.

>/s/ Glenn Loewenthal
Glenn Loewenthal
Georgia Bar No. 455707
Attorney for Plaintiffs

Glenn Loewenthal, P.C.
2300 Windy Ridge Parkway, Suite 205
Atlanta, GA 30339
Phone (678) 990-4909
Fax    (678) 669-2155
E-Mail: glenn@glpc-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2011, I electronically filed this Plaintiffs' Request to Defendant to File Original Discovery with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Michael H. Schroder
Laura A. Murtha
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
Suite 300
Atlanta, GA 30309

/s/ Glenn Loewenthal
Glenn Loewenthal
Georgia Bar No. 455707
Attorney for Plaintiffs

Glenn Loewenthal, P.C.
2300 Windy Ridge Parkway, Suite 205
Atlanta, GA 30339
Phone (678) 990-4909
Fax    (678) 669-2155
E-Mail: glenn@glpc-law.com