# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WENDELL SLATER and CHARMELL SLATER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION FILE ) ) FILE NO. 1:09-CV-1437-JOF |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Wendell Slater and Charmell Slater, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from the following Orders:

1. Order entered January 28, 2011 granting Defendant's Motion for Summary Judgment. [Document 36]

2. Judgment entered against Plaintiffs on January 31, 2011. [Document 37]

Submitted this 1st day of March, 2011.

/s/ Glenn Loewenthal
Glenn Loewenthal
Georgia Bar No. 455707
Attorney for Plaintiff

Glenn Loewenthal, P.C.
2300 Windy Ridge Parkway, Suite 205
Atlanta, GA 30339
Phone (678) 990-4909
Fax    (678) 669-2155
E-Mail: glenn@glpc-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2011, I electronically filed this Notice of Appeal (in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Michael H. Schroder
Laura A. Murtha
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, N.E.
Suite 300
Atlanta, GA 30309

        /s/ Glenn Loewenthal
        Glenn Loewenthal
        Georgia Bar No. 455707
        Attorney for Plaintiff

Glenn Loewenthal, P.C.
2300 Windy Ridge Parkway, Suite 205
Atlanta, GA 30339
Phone (678) 990-4909
Fax    (678) 669-2155
E-Mail: glenn@glpc-law.com