## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

March 2, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

    U.S.D.C. No.: 1:09-cv-1437-JOF
    U.S.C.A. No.: 00-00000-00
    In re:    *Wendell Slater, et al v. State Farm Fire & Casualty Company*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| **X** | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fee paid electronically on 3/1/11. (Receipt# 113E-3165684)** |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is J. Owen Forrester.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

            By:  /s/ P. McClam
                  Deputy Clerk