# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 25 2011
JAMES N. HATTEN, Clerk
By: P. Brannon, Deputy Clerk

March 24, 2011

Glenn Loewenthal
Glenn Loewenthal, P.C.
2300 Windy Ridge Pkwy Ste 295
Atlanta, GA 30339

Appeal Number: 11-10937-EE
Case Style: Wendell Slater, et al v. State Farm Fire & Casualty
District Court Docket No: 1:09-cv-01437-JOF

The referenced case was docketed in this court on March 3, 2011. Please use the appellate docket number noted above when making inquiries.

The district court docket sheet indicates that the notice of appeal was filed before the disposition of a timely tolling motion "Document No. 38 - Reconsideration". Therefore the effectiveness of the notice is suspended until the motion(s) is/are disposed of. See Fed.R.App.P. 4(a)(4).

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE/caw
Phone #: (404) 335-6224

DKT-1 Appeal NO Deficiency